# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128707

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CHARMEL C. ALLEN,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128707
COA: 260888
Genesee CC: 90-043816-FC

On order of the Court, the application for leave to appeal the April 15, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005 _____

s1024                                        Clerk